1  Karen L. Lynch, No. 161088
   **JACOBSON, HANSEN, NAJARIAN & McQUILLAN**
2  A Professional Corporation
   1690 W. Shaw Avenue, Suite 201
3  Fresno, California 93711-3516
   Telephone: (559) 448-0400
4  Facsimile: (559) 448-0123

5  Attorneys for Defendant, ERIC MARQUIS TEMPLE



FILED

MAY 2 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____C. E._____
         DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC MARQUIS TEMPLE,<br><br>Defendant. | Case No. 1:07-mj-00104-DLB<br><br>**WAIVER OF DEFENDANT'S PERSONAL APPEARANCE** |

TO THE ABOVE-ENTITLED COURT:

The Defendant, ERIC MARQUIS TEMPLE, having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause. Examples of hearings concerning which the defendant waives the right to be present include when the case is set for trial, when a continuance is ordered, when a motion to set aside an indictment is heard, during a plea or change of plea, during sentencing or any case disposition, when a motion for reduction of bail or for a personal recognizance release is heard.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby

1 agrees that his interest is represented at all times by the presence of his attorney the
2 same as if the Defendant was personally present in court, and further agrees that notice
3 to Defendant's attorney that Defendant's presence in court on a particular day at a
4 particular time is required is notice to the Defendant of the requirement of Defendant's
5 appearance at that time and place.

7 DATED: May 25, 2007

8 By: _____
Defendant, ERIC MARQUIS TEMPLE

11 DATED: May 25, 2007

12 JACOBSON, HANSEN, NAJARIAN & McQUILLAN

14 By: _____
Karen L. Lynch
Attorneys for Defendant ERIC MARQUIS TEMPLE

18 IT IS SO ORDERED.

20 Dated: 5-25-07, 2007

21 By: _____
DENNIS L. BECK William the Wunderle(?)
U.S. MAGISTRATE JUDGE

Waiver of Defendant's Personal Appearance – Page 2